UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANTHONY QUINN GIBSON, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| vs. | ) No. 1:23-cv-1422-JMS-MG |
| | ) |
| CENTURION HEALTH OF INDIANA/ | ) |
| MHM SERVICES, INC., STEPHANIE DORETHY, | ) |
| and JACKIE CARR, | ) |
| | ) |
| *Defendants*. | ) |

**ORDER**

On September 22, 2023, *pro se* Plaintiff Anthony Gibson submitted a letter to the Court. [Filing No. 10.] In a September 29, 2023 Order, the Court cautioned Mr. Gibson that letters to the Court are inappropriate, but treated the letter as a Motion to Reconsider its September 15, 2023 Entry Granting Motion for Leave to Proceed *In Forma Pauperis*, Screening Complaint, and Directing Service of Process for the sake of efficiency. [Filing No. 11.] On October 3, 2023, Mr. Gibson re-filed his September 22, 2023 letter as a Motion for Reconsideration. [Filing No. 12.]

The Court already considered Mr. Gibson's arguments in support of reconsideration and explained why they are unavailing in its September 29, 2023 Order. [Filing No. 11.] Mr. Gibson's Motion for Reconsideration does not change the Court's analysis or the instructions set forth in that Order. [Filing No. 11.]

Accordingly, Mr. Gibson's Motion for Reconsideration, [12], is **DENIED**. Mr. Gibson shall have through **November 16, 2023**, to file an amended complaint that includes the claims that the Court determined shall proceed from Filing No. 8 plus other claims that he believes he has, yet

were dismissed without prejudice from the same. Otherwise, Filing No. 8 will remain operative as to the claims that remain in the case.

In his amended complaint, Mr. Gibson may add the age-related allegations that he includes in his letter and Motion for Reconsideration. He is cautioned, however, that any ADEA claims against Ms. Dorethy and Ms. Carr will be dismissed because those individuals cannot be held liable under the ADEA as explained in the Court's September 29, 2023 Order. [Filing No. 11.] Any amended complaint will be subject to rescreening.

Date: 10/27/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**
**Distribution via United States Mail to:**

Anthony Quinn Gibson
619 Chambord Drive
Brandon, MS 39042